IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN J. SPRAGUE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3214 |
| | ) | |
| V. | ) | |
| | ) | |
| HILLIARD ENERGY, Ltd., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Cheryl Zwart has been sworn in as our new Magistrate Judge in Lincoln. Following our past practice of referring the full range of activities to the Lincoln magistrate judge, it is my intention to do so with Judge Zwart. Accordingly,

IT IS ORDERED that:

(1) The following matter previously scheduled before the undersigned is herewith referred to Judge Zwart, to wit,

    (A) <u>Nature of hearing</u>: Pretrial conference.

    (B) <u>Date and time of hearing</u>: Thursday, October 28, 2010, at 10:00 a.m.

    (C) <u>Place of hearing</u>: Judge Zwart's chambers, Room 566, United States Courthouse and Federal Building, 100 Centennial Mall, North, Lincoln, Nebraska.

(2) Judge Zwart will issue a report and recommendation or order as is appropriate.

DATED January 22, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge