IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN J. SPRAGUE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3214 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| HILLIARD ENERGY, LTD., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Citing difficulties arising between the plaintiff and counsel and the plaintiff's interest in locating new counsel, plaintiff's counsel of record, Joy Shiffermiller, has moved to withdraw. Filing No. 16. Defense counsel does not oppose the motion to withdraw, and the case is in the early stages of litigation. The court finds the motion to withdraw should be granted.

IT IS ORDERED:

1. The motion to withdraw filed by Joy Shiffermiller, (filing no. 16), is granted. Ms Shiffermiller shall promptly mail a copy of this order to the plaintiff, and file a certificate of service stating she has done so.

2. The plaintiff is given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance on his behalf; or (2) file a statement informing the court of his intent to proceed in this case without counsel. If neither of these actions is taken within the next 20 days, this case will be subject to dismissal.

DATED this 23rd day of March, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
Cheryl R. Zwart
United States Magistrate Judge