IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN J. SPRAGUE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3214 |
| | ) | |
| V. | ) | |
| | ) | |
| HILLIARD ENERGY, Ltd., | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff's counsel was granted leave to withdraw on March 23, 2010. The plaintiff was given twenty days from the date of that order to either: (1) obtain the services of substitute counsel and have that attorney file an appearance on his behalf; or (2) file a statement informing the court of his intent to proceed in this case without counsel. The plaintiff was warned that failure to timely comply may result in dismissal of his complaint. See filing no. 17. The plaintiff has not complied with the court's order.

In addition, the plaintiff has not timely responded to the defendant's pending motion to compel, and the motion to compel alleges the plaintiff has, "without justification, refused to provide any response to Defendant's written discovery requests." Filing No. 19, p. 2.

Accordingly,

IT IS ORDERED that plaintiff is given until April 26, 2010 to show cause why his claims should not be dismissed for want of prosecution, in the absence of which plaintiff's claims against the defendant may be dismissed and a judgment of dismissal may be entered without further notice.

April 15, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge