IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN J. SPRAGUE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3214 |
| | ) | |
| v. | ) | |
| | ) | FINDINGS AND |
| HILLIARD ENERGY, Ltd., | ) | RECOMMENDATION |
| | ) | |
| Defendant. | ) | |

The plaintiff did not comply with the court's order dated March 23, 2010 which required the plaintiff to inform the court as to whether he intends to pursue this case pro se or with counsel, (filing no. 17); filed no response to the defendant's motion to compel filed on March 26, 2010 which alleges the plaintiff has, "without justification, refused to provide any response to Defendant's written discovery requests;" (filing no. 19, p. 2); and has not responded to the court's order dated April 15, 2010 requiring him to show cause why his claims should not be dismissed for want of prosecution, (filing no. 22). Both the March 23 and April 15, 2010 orders warned that plaintiff's failure to comply may result in dismissal of his case without further notice.

IT THEREFORE HEREBY IS RECOMMENDED to the Honorable Richard G. Kopf, United States District Judge, pursuant to 28 U.S.C. § 636(b), that plaintiff's complaint be dismissed for want of prosecution.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of the recommendation.

DATED this 27th day of April, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge