IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEPHEN J. SPRAGUE, | ) | 4:09CV3214 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HILLIARD ENGERGY, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation filed by Magistrate Judge Zwart on April 27, 2010 (filing 23). Judge Zwart recommends that the plaintiff's complaint be dismissed for want of prosecution.

No objections have been filed to the findings and recommendation within the time permitted by 28 U.S.C. § 636(b)(1). In any event, I have conducted a de novo review and find that Judge Zwart has correctly found the facts and applied the law.

Pursuant to Federal Rule of Civil Procedure 41(b), a dismissal for want of prosecution "operates as an adjudication on the merits" unless the court specifies otherwise. Considering that the plaintiff failed to comply with the court's order of March 23, 2010 (filing 17), failed to respond to the defendant's motion to compel answers to interrogatories and production of documents filed on March 26, 2010 (filing 19), failed to respond to the "show cause" order entered on April 15, 2010 (filing 22), and failed to object to Judge Zwart's findings and recommendation (filing 23), I conclude that the action should be dismissed with prejudice.

Accordingly,

IT IS ORDERED that:

1. The magistrate judge's findings and recommendation (filing 23) are adopted.

2. The plaintiff's complaint is dismissed with prejudice for want of prosecution.

3. Final judgment will be entered by separate document.

May 19, 2010. BY THE COURT:

*Richard G. Kopf*
United States District Judge